IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JAMES REID**  **PLAINTIFF**
**ADC # 170206**

v.     Case No. 4:23-CV-01166-JM-JTK

**CONWAY COUNTY DETENTION CENTER**, *et al*.     **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 19th day of January, 2024.

UNITED STATES DISTRICT JUDGE